AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

FiliMex, LLC d/b/a Filiberto's Mexican Food Co.,

*Plaintiff(s)*

v.

Cesar Tenorio,

*Defendant(s)*

Civil Action No. 2:26-cv-05874-JJT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cesar Tenorio
31775 N Pamela Dr.
Queen Creek, AZ 85142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Quarles & Brady LLP**
**Two North Central Avenue, Suite 600**
**Phoenix, AZ 85004-2322**
**Telephone: (602) 229-5200**
**Daniel G. Roberts (#033273)**
**Andrew Y. Schiefer (#039947)**
**Email: daniel.roberts@quarles.com**
**andrew.schiefer@quarles.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk o*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ISSUED ON 7:46 am, Aug 21, 2026**

**s/ Daniel R. McAllister, Clerk**

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc: